UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

HELEN A. HANSEN,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration,

    Defendant.

CASE NO.: 3:14-CV-00496-RCJ-WGC

O R D E R

The Court has considered the Report and Recommendation of United States Magistrate (ECF #15) entered on November 4, 2015, in which the Magistrate Judge recommends the Court grant Plaintiff's Motion for Remand (ECF #11) and deny the Commissioner's Cross Motion to Affirm (ECF #12). The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF #15).

IT IS HEREBY ORDERED that Plaintiff's Motion for Remand (ECF #11) is GRANTED.

IT IS FURTHER ORDERED that the Commissioner's Cross-Motion to Affirm (ECF #12) is DENIED.

IT IS FURTHER ORDERED that this matter is REMANDED to the ALJ. The Clerk of the Court shall enter judgment accordingly and close this case.

IT IS SO ORDERED this 18th day of November, 2015.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE